IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM GOWER AND
HAZEL GOWER,

          Appellants,

v.

ASHLEIGH SMITH,

          Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1457

Opinion filed May 27, 2015.

An appeal from an order of the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Paul M. Anderson, of Anderson & Hart, P.A., Tallahassee, for Appellants.

Angela C. Flowers, of Kubicki Draper, Ocala, for Appellee.

PER CURIAM.

          DISMISSED.  Harrison v. J.P.A. Enterprises, L.L.C., 51 So. 3d 1217 (Fla.

1st DCA 2011).

THOMAS, WETHERELL, and OSTERHAUS, JJ., CONCUR.